**EX PARTE Anthony Ray MCCULLOUGH**

CR-14-0123

Court of Criminal Appeals of Alabama.

02/24/2015

Mand. pet. dismissed

**Corey Anthony WHITWORTH**

v.

**STATE**

CR-14-0125

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/13/2015

Affirmed

**Richard Derek SNELLGROVE**

v.

**STATE**

CR-14-0128

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**Frederick CARTER**

v.

**STATE**

CR-14-0135

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**Steven Lee ANDERSON**

v.

**STATE**

CR-14-0136

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed